UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID R. STOWELL,

    Plaintiff,

v.

                                                          Case No. 8:16-cv-01145-EAK-MAP

CITIMORTGAGE INC., ALLIANCE ONE,
INC. and AMERICAN CORADIUS
INTERNATIONAL, LLC,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

**COMES NOW**, Plaintiff, DAVID R. STOWELL, by and through his undersigned counsel, and hereby files this Notice of Settlement, and states that Plaintiff, DAVID R. STOWELL, and Defendants, CITIMORTGAGE INC., ALLIANCE ONE, INC. and AMERICAN CORADIUS INTERNATIONAL, LLC, have come to an amicable settlement agreement.

Date: **December 5, 2016**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Notice has been served by electronic mail upon all parties and counsel identified on the CM/ECF service list created and maintained by the Court for this case, on December 5th, 2016.

                                                **BOSS LAW**

                                                /s/ *Christopher W. Boss*
                                                Christopher W. Boss, Esq.
                                                Fla. Bar No.: 013183
                                                9887 Fourth Street North, Suite 202
                                                St. Petersburg, Florida 33702
                                                Service Email: cpservice@protectyourfuture.com
                                                Phone: (727) 471-0039
                                                Fax: (888) 503-2182
                                                **Attorney for Plaintiff**